**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA** 1-08-mj-28 AK

**v.**

**JOSE REYES**

______________________________/

**ORDER FOR WARRANT**

On verbal request of the United States Attorney, Northern District of Florida, pursuant to an Indictment returned against the defendant,

*JOSE REYES*

IT IS HEREBY ORDERED:

1. Warrant of arrest shall immediately issue upon such indictment against the defendant.

2. Bail shall be determined by the Judicial Officer at the time of arrest in accordance with the Bail Reform Act, and notation to such effect shall be placed upon the warrant.

DONE and ORDERED this 28th day of August, 2008, at Gainesville, Florida.

A Kornblum

ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA
GAINESVILLE, FLA

2008 AUG 28 PM 5: 07

FILED