IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs. CASE NO. 1:08mj28 AK

JOSE REYES
_____________________________/

**PETITION FOR WRIT OF HABEAS CORPUS**
**AD PROSEQUENDUM**

The United States of America respectfully shows unto the Court:

1. A Complaint is pending in this Court against JOSE REYES, in the above styled case, and first appearance as to said defendant is set for August 29, 2008 at 1:00 p.m. in Gainesville, Florida.

2. The defendant is now confined in the custody of the Sheriff, Levy County Jail.

3. It is necessary to have said defendant before this Court for first appearance as aforesaid.

WHEREFORE, the United States of America PRAYS that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid institution and take into custody the body of the said defendant and have him before this Court at the time and place above specified for said proceedings and upon completion of said

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA
GAINESVILLE, FLA

2008 AUG 28 PM 5:07

FILED

proceedings to return the defendant to the custody of the official in charge of the said defendant; and also directing the official in charge to deliver the defendant into the custody of any United States Marshal or his duly authorized representative for said proceedings.

This 28th day of August, 2008.

Respectfully submitted,

THOMAS F. KIRWIN
Acting United States Attorney

*/s/ GREGORY P. McMAHON*
GREGORY P. McMAHON
Assistant United States Attorney
Florida Bar No. 178110
Northern District of Florida
300 East University Avenue, Suite 310
Gainesville, FL 32601
(352) 378-0996