# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

VS CASE NO. 1:08MJ28 AK

JOSE REYES

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSE REYES
Name
and bring him or her forthwith to the nearest magistrate to answer a

**Complaint**

charging him or her with:

conspire to manufacture and possess with intent to manufacture and distribute in excess of 100 marijuana plants

in violation of Title 21 United States Code, Section(s) 841(a)(1)

RECEIVED
2008 AUG 29 A 9:24
USMS GAINESVILLE FL

FILED
2008 SEP -3 AM 7:49
CLERK U.S. DISTRICT CT. NORTHERN DIST. FLA. GAINESVILLE, FLA.

William M. McCool
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Deputy Clerk: TiAnn Stark

August 29, 2008 Gainesville
Date and Location

Bail fixed at $ Bail Reform Act
and/or in accordance with Comprehensive Crime Control Act of 1984.

by Allan Kornblum
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at U S Marshall Service

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8-29-08 | [illegible] | [signature] |
| DATE OF ARREST 8-29-08 | | |