IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs. CASE NO. 1:08mj28 AK

JOSE REYES
_______________________________/

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: ANY UNITED STATES MARSHAL or his AUTHORIZED DEPUTY; and to Sheriff, Levy County Jail; OR to any other person or officer having custody of the Defendant.

IT APPEARING from the Petition of the United States of America that the defendant, JOSE REYES, is confined in the custody of the Sheriff, Levy County Jail, and that this case is set for first appearance and further prosecution as to said defendant at Gainesville, Florida, on August 29, 2008, at 1:00 p.m., and it is necessary for the defendant to be before this court for the said proceeding(s).

U.S. MARSHALS RETURN

I have partially/fully executed this Writ by taking custody of the within named Jose Reyes and transporting him/her to court + back on 8/29/08

Dennis Williamson
Unites States Marshal

BY: Jennifer Fernandez
Deputy U.S. Marshal

RECEIVED
2008 AUG 29 A 9:2?
USMS GAINESVILLE FL

FILED
OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA
GAINESVILLE, FLA.
2008 SEP -3 AM 7:46

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said defendant now detained in custody as aforesaid, under safe and secure conduct before this Court as set forth above for the said proceeding and upon completion of the proceeding(s) that you return defendant with all convenient speed under safe and secure conduct to the custody of the Official in Charge of the defendant.

AND this is to command you, the Official in Charge of said defendant to deliver into the custody of any United States Marshal or his duly authorized representative, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

DONE and ORDERED this 28th day of August, 2008.

ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE

cc: U.S. Marshal Service
Gainesville, Florida

Sheriff, Levy County Jail

TRUE COPY
WILLIAM M. McCOOL, Clerk
By: Deputy Clerk