**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

Plaintiff

VS

CASE NO. 1:08-cr-32 SPM

WILFREDO ABREU-SOTOLONGO
*et. al.*

Defendant(s)

______________________________________/

INTERPRETER'S WRITTEN OATH

**ON MY WORD OF HONOR, AS OFFICIAL COURT INTERPRETER AND OFFICER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA; I GABRIELA LONCAR , SWEAR OR AFFIRM TO BE TRUE TO THE CODE OF ETHICS OF MY PROFESSION, AND TO DISCHARGE FAITHFULLY THE FOLLOWING SOLEMN DUTIES AND OBLIGATIONS:**

**I WILL** interpret accurately and faithfully to the best of my ability. I will convey the true meaning of the words, phrases, and statements of the speaker, and I will pay special attention to variations of the target language due to educational, cultural and regional differences.

**I WILL** never interject my own words, phrases, or views and if the need arises to paraphrase any statements in order to convey the proper meaning, I will do so only after the presiding judicial officer has granted permission.

**I WILL** familiarize myself with the case as much as possible prior to going into the Courtroom. I will inquire whether the language in the case will involve terminology of a technical nature or a particular vernacular that would require special preparation. I Will study Indictments or charges to avoid possible interpretation problems during formal proceedings.

**I WILL** speak in a clear, firm and well modulated voice, and when using inflections, I will be particularly careful not to allow them to be interpreted as partiality. I will employ the techniques of interpretation best suited to the situation at hand or according to the needs or wishes of those utilizing my services.

**I WILL** adopt a conservative manner of dress and conduct in upholding the dignity of the Court and of my profession, particularly when attention is upon me in the Courtroom. I will familiarize myself thoroughly with all the local rules and I will abide by them.

**I WILL** strive constantly to improve my knowledge of legal terminology in English and in the language I interpret, and to be familiar with general courtroom procedures, so that in addition to interpreting, I may when time and conditions permit and with the permission of the presiding judicial officer explain to those for whom I interpret what is occurring in the courtroom.

**I WILL** personally be responsible for having the proper dictionaries and other linguistic reference materials readily available for consultation when required.
So Help Me God.

Signed this 12 day of February , 2009.

______________________________,

GABRIELA LONCAR
Interpreter's Name

FILED IN OPEN COURT
2-13-09
INITIALS DATE