7009 1410 0000 8285 9985

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To* Robert Lamons
*Street, Apt. No.; or PO Box No.* Jose Reyes
*City, State, ZIP+4*

PS Form 3800, August 2006 — See Reverse for Instructions

1-08-CR-32-SPM
Doc 323

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert Lamons Jr
4160 W 16 Ave, Suite 404
Hialeah, FL 33012-5853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☐ Agent ☐ Addressee
X [signature]

B. Received by (Printed Name)

C. Date of Delivery 10/15/09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7009 1410 0000 8285 9985

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

Filed10/20/09USDCFlnd1PM104