# UNITED STATES DISTRICT COURT

**JESSICA J. LYUBLANOVITS**
CLERK OF COURT
100 NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658
850.435.8440
850.433.5972 FAX

**NORTHERN DISTRICT OF FLORIDA**
**OFFICE OF THE CLERK**

**RICHARD MILDENBERGER**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Gainesville Division

January 3, 2017

Counsel of Record
1:08cr32 SPM
USA v Traviesa and Reyes

Dear Counsel:

The Clerk's office currently retains exhibits in the above referenced case. Please see ECF docket entry 235 (Motion to Suppress Hearing - Government's Exhibits 1-7).

An Order by this court or a Mandate by the appellate court has closed this case. In accordance with Local Rule 5.2 (**Exhibits - Disposition)**, please be advised that the exhibits will need to be picked up or disposed of by January 17, 2017. You should complete the bottom portion and return it, indicating your preference.

Sincerely,

JESSICA J. LYUBLANOVITS, Clerk

s/ TiAnn Stark

by TiAnn S. Stark
Courtroom Deputy Clerk

--------------------------------------------------------------------------------

| | |
|---|---|
| | I will have the exhibits picked up from you office no later than ________________. |
| | I do not desire the return of the exhibits, you may dispose of them. |

______________________ Attorney's Signature

__________________________ Attorney's Name (Printed)

Please circle one -

I represent: Plaintiff/Government Defendant

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*